## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

October 15, 2010

### BEFORE

WILLIAM J. BAUER, Circuit Judge
JOEL M. FLAUM, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge

| No.: 10-8029 | IN RE:<br>JOEL B. WINNIG, candidate for Supreme Court Justice, Supreme Court of Wisconsin,<br>Petitioner |
|---|---|

**Originating Case Information:**
District Court No: 3:10-cv-00362-wmc
Western District of Wisconsin
District Judge William M. Conley

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL**, filed on October 1, 2010, by counsel for the petitioner.

2. **MOTION FOR INJUNCTION PENDING APPEAL**, filed on October 1, 2010, by counsel for the petitioner.

**IT IS ORDERED** that #1 is **DENIED**. Accordingly, it is not necessary for the court to rule on #2.

form name: c7_Order_3J (form ID: 177)

CERTIFIED COPY
A True Copy
Teste:

Christine Duff Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit